UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE TRUJILLO,** | **1:16-cv-695-LJO-SKO** |
| Plaintiffs, | **ORDER RE STIPULATION TO DISMISS (DOC. 13)** |
| v. | |
| **KAREN ANN CARY, et al.,** | |
| Defendants. | |

On August 16, 2016, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 13 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: **August 18, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

1